UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 JUL -7 AM 10:43

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | Magistrate Docket No. 08 MJ 2045 WMc |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| **Jose Luis ESTRADA-Estrada,** Defendant | ) | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **July 5, 2008** within the Southern District of California, defendant, **Jose Luis ESTRADA-Estrada,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF **JULY, 2008**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose Luis ESTRA-Estrada**

## PROBABLE CAUSE STATEMENT

On July 5, 2008, Border Patrol Agent N. Serna was performing line watch duties in an area approximately one mile west of the San Ysidro Port of Entry and two hundred yards north of the United States/Mexico International Boundary.

At approximately 10:40 P.M. Agent Serna was notified by the Imperial Beach Station Desk Officer of a citizen's report an individual having just crossed the United States/Mexico International Boundary and running north towards Monument Road. As Agent Serna responded, an Infrared Scope Operator advised Agent Serna of his observation of the individual running north towards Monument Road. Agent Serna positioned himself north of the individual, and identified himself as a United States Border Patrol Agent and ordered him to stop running. The individual complied and Agent Serna subsequently conducted an immigration inspection. The individual, later identified as the defendant **Jose Luis ESTRADA-Estrada**, freely admitted to being a citizen and national of Mexico without any documents allowing him to enter or remain in the United States legally. Agent Serna arrested the defendant and had him transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 4, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated he was going to Los Angeles, California.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

7/7/08, 1024hrs
Date/Time