**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE LUIS ESTRADA-ESTRADA, Defendant. | Case No. 08MJ2045 **NOTICE OF ATTORNEY APPEARANCE** |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: July 16, 2008

/s/ Hanni M. Fakhoury
HANNI M. FAKHOURY
Federal Defenders of San Diego, Inc.
e-mail: Hanni_Fakhoury@fd.org
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

DATED: July 16, 2008

/s/ Hanni M. Fakhoury
HANNI M. FAKHOURY
e-mail: Hanni_Fakhoury@fd.org