UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOSE LUIS ESTRADA-ESTRADA,<br><br>                    Defendant. | CASE NO. 08CR2550-W<br><br>**JUDGMENT OF DISMISSAL** |

**FILED**
SEP 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice.

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offenses of: 8 USC 1325.

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/15/08

                                    _____
                                    THOMAS J. WHELAN
                                    UNITED STATES DISTRICT JUDGE